UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/09
```

S-BULK KS,

                Plaintiff,

- against -

GRAND CHINA LOGISTICS HOLDING CO., LTD.,

                Defendant.

09 CV 5789 (BSJ)

**ORDER OF UNSEALING**

The Court, having received the application of Plaintiff to lift the Sealing Order in this matter, it is

**ORDERED**, that this Court's Order of Sealing is hereby dissolved, and it is further

**ORDERED**, that the Clerk of the Court will enter this action on the ECF docket to proceed in accordance with regular ECF procedures.

_____
UNITED STATES DISTRICT JUDGE

9-11-09
Date

# 8826078_v1

# Holland & Knight

195 Broadway | New York, NY 10007 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

September 11, 2009

Christopher R. Nolan
212 513-3307
chris.nolan@hklaw.com

**By Fax (212 805 6191)**

Honorable Barbara S. Jones
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:   *S-Bulk KS v. Grand China Logistics Holding Co., Ltd.,*
>         USDC, SDNY Docket No: 09 Civ. 5789 (BSJ)
>         Our File: 500177.03298

Dear Judge Jones:

We represent Plaintiff, S-Bulk KS ("S-Bulk" or "Plaintiff"), in this Supplemental Rule B application.

Plaintiff wishes to voluntarily dismiss this action without prejudice. Before filing the dismissal notice, Plaintiff respectfully request the Court lift the order of sealing that is currently in place. We have prepared a proposed Order to dissolve the Order of Sealing. The proposed Order has been submitted to the orders_and_judgmts@nysd.uscourts.gov' e-mail address for review. We enclose a courtesy copy of the draft order.

We thank the Court for its attention to this matter.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Christopher R. Nolan

Enclosures

# 8826077_v1